UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KHANIS-ORION MORNINGSTAR
a/k/a Jeramye Hobbs,
ADC #164590                                                                                    PLAINTIFF

v.                          4:19-cv-00239-SWW-JJV

JAY BATTLE, CEO,
Arkansas State Hospital; *et al.*                                                              DEFENDANTS

# ORDER

The Court has reviewed the Partial Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff may PROCEED with this § 1983 inadequate stomach care claims against Defendants Stowe, Mary Bahan, Johnson, Pratt, and Sylvester.

2. Plaintiff's bleeding gum and broken finger claims against Defendants Battle, Holladay, Briggs, Rose, Brawley, and Smith are DISMISSED WITHOUT PREJUDICE.

3. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 29th day of May 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE