UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KHANIS-ORION MORNINGSTAR
a/k/a Jeramye Hobbs,
ADC #164590     PLAINTIFF

v.     4:19-cv-00239-SWW-JJV

JAY BATTLE, CEO,
Arkansas State Hospital; *et al.*     DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' Motion to Dismiss (Doc. No. 27) is GRANTED IN PART and DENIED IN PART.

2. Plaintiff's claims regarding the medical care he received for his stomach and diet issues before November 27, 2015, are DISMISSED WITH PREJUDICE, and he may PROCEED with those medical claims arising on or after that date.

3. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 21st day of November, 2019.

                        /s/Susan Webber Wright
                        UNITED STATES DISTRICT JUDGE