UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KHANIS-ORION MORNINGSTAR
a/k/a Jeramye Hobbs,
ADC #164590                                                                                      PLAINTIFF

v.                                        4:19-cv-00239-SWW-JJV

JAY BATTLE, CEO,
Arkansas State Hospital; *et al.*                                                                DEFENDANTS

# ORDER

The Court has reviewed the Partial Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful review, the Partial Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Defendant Johnson's Motion to Dismiss (Doc. No. 39) is DENIED.

DATED this 9th day of January, 2020.

Susan Webber Wright
United States District Judge