**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

KHANIS-ORION MORNINGSTAR
a/k/a Jeramye Hobbs,
ADC #164590                                                                                    PLAINTIFF

v.                                               4:19-cv-00239-SWW-JJV

JAY BATTLE, CEO,
Arkansas State Hospital; *et al.*                                                              DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful review, the Partial Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant James Pratt are DISMISSED WITHOUT PREJUDICE due to a lack of service. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 5th day of February, 2020.


                                                /s/Susan Webber Wright
                                                UNITED STATES DISTRICT JUDGE