## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

KHANIS-ORION MORNINGSTAR
a/k/a Jeramye Hobbs,                                                                    PLAINTIFF
ADC # 164590

v.                                          4:19-cv-00239-SWW-JJV

JAY BATTLE, CEO
Arkansas State Hospital, *et al*.                                                       DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant's Motion to Dismiss (Doc. No. 53) is GRANTED and Defendant Carl Johnson is dismissed from this cause of action.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 12th day of June, 2020.


                                        /s/Susan Webber Wright
                                    UNITED STATES DISTRICT JUDGE