# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| KHANIS-ORION MORNINGSTAR, | * |
| Plaintiff, | * |
| v. | *   No. 4:19-cv-00239-SWW |
| JAY BATTLE, CEO, | * |
| Arkansas State Hospital, *et al.* | * |
| Defendant. | * |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant's Bahan, Stowe, and Sylvester's Motion for Summary Judgment (Doc. No. 57) is GRANTED.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 28th day of September, 2020.

Susan Webber Wright
UNITED STATES DISTRICT JUDGE
