# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | | |
|---|---|---|
| KHANIS-ORION MORNINGSTAR, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 4:19-cv-00239-SWW |
| | * | |
| JAY BATTLE, CEO, | * | |
| Arkansas State Hospital, *et al.* | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

IT IS SO ORDERED this 28th day of September, 2020.

Susan Webber Wright
UNITED STATES DISTRICT JUDGE